**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, DAVID LOBAUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:16-mj-00060-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO NOVEMBER 15, 2016; ORDER THEREON** |
| v. | |
| DAVID LOBAUGH, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, DAVID LOBAUGH, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter

///

///

///

///

///

///

///

currently scheduled for August 30, 2016, at 10:00 a.m. be continued until November 15, 2016, at 10:00 a.m.

Mr. Lobaugh lives in San Diego, California.  He does highway maintenance and striping so this is his busy time of year.  He would like to continue his initial appearance so that he would not be forced to miss work as his work is seasonal and he needs to work when it is available.  Also, defense counsel will be on vacation on August 30, 2016.

Dated:  August 17, 2016  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
DAVID LOBAUGH

Dated:  August 17, 2016  /s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Officer
National Park Service

## ORDER

The Court, having reviewed the above Stipulation HEREBY ORDERS that the Initial Appearance for David Lobaugh, currently scheduled for August 30, 2016, at 10:00 a.m., shall be continued to November 15, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 17, 2016         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL
APPEARANCE TO NOVEMBER 15, 2016;
[PROPOSED] ORDER THEREON