1   **CAROL ANN MOSES  #164193**

Attorney at Law

2   7636N. Ingram Ave., #104

3   Fresno, California  93720
Telephone:  (559) 449-9069

4   Facsimile:    (559) 513-8530

5   Attorney for Defendant, DAVID LOBAUGH

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    CASE NO. 6:16-mj-00060-MJS

12                      Plaintiff,               **STIPULATION TO CONTINUE STATUS
                                                  CONFERENCE TO MARCH 8, 2017;**
13            v.                                  **ORDER THEREON**

14   DAVID LOBAUGH,

15                      Defendant.

16

17            **IT IS HEREBY STIPULATED** by and between the Defendant, DAVID LOBAUGH,

18   his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park

19

20   Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION TO CONTINUE STATUS
CONFERENCE TO MARCH 8, 2017;
ORDER THEREON

1

1   currently scheduled for January 31, 2017, at 10:00 a.m. be continued until March 8, 2017, at

2   10:00 a.m.

3          Defense counsel has jury duty on January 31, 2017.

4

5   Dated:  January 26, 2017                    /s/ Carol Ann Moses
                                                CAROL ANN MOSES
6                                               Attorney for Defendant,
                                                DAVID LOBAUGH
7

8
    Dated:  January 26, 2017                    /s/ Susan St. Vincent
9                                               SUSAN ST. VINCENT
                                                Legal Officer
10                                              National Park Service

11

12

13                                    ORDER

14         The Court, having reviewed the above Stipulation, accepts it and adopts it as the

15   order of the court and  HEREBY ORDERS that  the Status Conference for David

16   Lobaugh , currently scheduled for January 31, 2017, in case number 6:16-mj-00060-

17   MJS., . shall be continued to March 8, 2017, at 10:00 a.m.

18
    IT IS SO ORDERED.
19

20      Dated:    January 27, 2017          /s/ *Michael J. Seng*
21                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

STIPULATION TO CONTINUE STATUS
CONFERENCE TO MARCH 8, 2017;
ORDER THEREON