Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:16-MJ-0060-MJS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE TRIAL DATE; AND ORDER THEREON |
| DAVID EDWARD LOBAUGH, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant David Edward Lobaugh by and through his attorney of record, Carol A. Moses, that trial in the above-captioned matter set for June 29, 2017 be continued to October 04, 2017 at 10:00 a.m. One of the Government's main witnesses, Ranger Justin Fey, is currently attending the Federal Law Enforcement Academy in Georgia, and he is expected to return to Yosemite at the end of August. The Government requests the trial date be continued to a time after Ranger Fey has returned to Yosemite, and the Defendant is in agreement with this request.

Dated: June 20, 2017      /S/ Susan St. Vincent_____
                          Susan St. Vincent
                          Legal Officer
                          Yosemite National Park

1

Dated: March 20, 2017          /S/ Carol A. Moses
                                Carol A. Moses
                                Attorney for Defendant
                                David Edward Lobaugh

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 29, 2017, Trial in <u>U.S. v. Lobaugh</u>, *6:16-MJ-0060-MJS*, is hereby continued to October 04, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 20, 2017                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE