Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID EDWARD LOBAUGH,<br><br>        Defendant. | No.  6:16-mj-0060-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  The parties have reached a resolution in this matter wherein the Government will dismiss the pending case and issue Defendant citations for Unsafe Operation of a Vehicle and Carrying a Weapon in Violation of State Law which Defendant will pay through the Central Violations Bureau.  The parties further agree the Defendant may take traffic school for the Unsafe Operations violation.

Dated:  October 23, 2017                                            NATIONAL PARK SERVICE

                                                                                       /S/ Susan St. Vincent
                                                                                      Susan St. Vincent
                                                                                      Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Lobaugh* 6:16-mj-0060-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 24, 2017          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE